**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: Roy R. Walton Jr.           CHAPTER 13

        Debtor(s)

BKY. NO. 21-12433 PMM

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

    Kindly enter my appearance on behalf of Lakeview Loan Servicing, LLC and index same on the master mailing list.

        Respectfully submitted,

/s/ *Rebecca Solarz*
Rebecca Solarz
16 Sep 2021, 09:05:55, EDT

KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106-1532
(215) 627-1322