UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

IN RE: Roy R. Walton, Jr.                                           Bankruptcy No. 21-12433-pmm
                   Debtor                                                        Chapter 13

## ORDER

AND NOW, it is hereby ORDERED and DECREED that the Motion of the above-named Debtor to Extend Time to File Documents is granted and the Debtor has until October 4, 2021 to file all missing documents.

BY THE COURT

*Patricia M. Mayer*
_____
Patricia M. Mayer
United States Bankruptcy Judge

Dated: 9/21/21