Certificate Number: 00437-PAE-DE-036023879

Bankruptcy Case Number: 21-12433



00437-PAE-DE-036023879

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on September 28, 2021, at 10:04 o'clock AM MDT, Roy R Walton Jr completed a course on personal financial management given by telephone by Black Hills Children's Ranch, Inc., a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date: September 28, 2021

By: /s/Annie Edwards

Name: Annie Edwards

Title: Accredited Financial Counselor