**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | | |
|---|---|---|---|
| In re: | Roy R. Walton, Jr. | : | Chapter 13 |
| | Debtor | : | Bankruptcy No.  21-12433-pmm |

## CERTIFICATE OF NO PAYMENT ADVICES

**I,** Roy R. Walton, Jr., hereby certifies that within 60 days before the date of filing the above-captioned bankruptcy petition. I did not receive payment advices (e.g. "Pay stubs"), as contemplated by 11 U.S.C. § 521(a)(1)(B)(iv), from any source of employment.

I certify under penalty of perjury that the information provided in this certification is true and correct to the best of my knowledge and belief.

Date: 10/4/2021                                                                 */s/ Roy R. Walton, Jr.*