UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In Re: Roy R. Walton, Jr.         : Chapter 13 Bankruptcy
                                       : Bankruptcy No. 21-12433-pmm
                Debtor    : **HEARING DATE: January 13, 2022**
                                       **: at 11:00 a.m.**

**NOTICE OF OBJECTION TO CLAIM AND HEARING DATE**

Debtor, Roy R. Walton, Jr., by and through his attorney Brenna H. Mendelsohn, Esq. and Mendelsohn & Mendelsohn, PC has filed an Objection to Proof of Claim No.5-1 filed by Annette C. Walton in this bankruptcy case.

1. Your claim may be reduced, modified, or eliminated. You should read these papers carefully and discuss them with your attorney, if you have one. (If you do not have an attorney, you may wish to consult an attorney).

2. If you do not want the court to change or eliminate your claim, you or your lawyer must attend the hearing on the objection, scheduled to be held on January 13, 2022, at 11:00 A.M., in the United States Bankruptcy Court, The Gateway Building, 201 Penn Street, 4th Floor Courtroom, Reading, PA 19601. If you or your attorney do not attend the hearing on the objection, the court may decide that you do not oppose the objection to your claim.

3. If you intend to appear at the hearing to contest the objection to your claim, you must notify the person listed below at least 7 days before the hearing date. If you do not notify the person listed below that you intend to appear, the Objector will be entitled to a postponement of the hearing.

Dated: November 24, 2021            /s/Brenna Hope Mendelsohn

                                               Brenna H. Mendelsohn, Esq.

                                               Mendelsohn & Mendelsohn, PC

                                               637 Walnut Street

                                               Reading, PA 19601

                                               Ph 610-374-8088

                                               Fax 610-478-1286