UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re:<br>    Roy R. Walton, Jr.<br><br>    Debtor | Chapter 13<br>Bankruptcy No.21-12433-PMM |

CERTIFICATE OF SERVICE

I, Kristen Gliem, do hereby certify that a true and correct copy of the foregoing *Objection of Chapter 13 Trustee to Confirmation of the plan of Debtor* filed in the above-referenced case has been served this 15th day of December, 2021, by first class mail upon those listed below:

Roy R. Walton, Jr.
3345 Montrose Avenue
Reading, PA  19605

**Electronically via CM/ECF System Only:**

BRENNA H MENDELSOHN ESQ
MENDELSOHN & MENDELSOHN PC
637 WALNUT ST
READING, PA  19601

                                                        */s/ Kristen Gliem*
                                                        Kristen Gliem
                                                        for
                                                        Scott F. Waterman, Esquire
                                                        Standing Chapter 13 Trustee