**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| **IN RE ROY R. WALTON, JR.,** | **DOCKET NO. 21-12433-pmm** |
|---|---|
| **Debtor.** | **CHAPTER 13** |

## ORDER

AND NOW this \_\_\_\_ day of _____, 2022, upon consideration of the Stipulation Between Debtor and Claimant, Annette Walton, in resolution of the Objections filed by the Debtor to Claimant's Claims No. 4 and 5, it is hereby ORDERED that the Stipulation is APPROVED.

BY THE COURT:

Date: _____         _____
                                                              Hon. Patricia M. Mayer, J.