**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| IN RE ROY R. WALTON, JR.,<br><br>Debtor. | DOCKET NO. 21-12433-pmm<br><br>CHAPTER 13 |
|---|---|

## ORDER

AND NOW this  14th  day of ____April_____, 2022, upon consideration of the

Stipulation Between Debtor and Claimant, Annette Walton, in resolution of the Objections filed

by the Debtor to Claimant's Claims No. 4 and 5, it is hereby ORDERED that the Stipulation is

APPROVED.

BY THE COURT:

*Patricia M. Mayer*

Date: **April 14, 2022**
_____

Hon. Patricia M. Mayer, J.