United States Bankruptcy Court

Eastern District of Pennsylvania

In re: Case No. 21-12433-pmm

Roy R. Walton, Jr. Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-4 | User: admin | Page 1 of 1 |
| Date Rcvd: Apr 15, 2022 | Form ID: pdf900 | Total Noticed: 2 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 17, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Roy R. Walton, Jr., 3345 Montrose Avenue, Reading, PA 19605-2213 |
| cr | + | Annette C. Walton, 130 Spring Grove Court, Birdsboro, PA 19508, U.S.A. 19508-8417 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 17, 2022      Signature:      /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 15, 2022 at the address(es) listed below:

**Name**      **Email Address**

BRENNA HOPE MENDELSOHN
     on behalf of Debtor Roy R. Walton Jr. tobykmendelsohn@comcast.net

REBECCA ANN SOLARZ
     on behalf of Creditor Lakeview Loan Servicing LLC bkgroup@kmllawgroup.com, rsolarz@kmllawgroup.com

SCOTT F. WATERMAN (Chapter 13)
     ECFMail@ReadingCh13.com

SHAWN J. LAU
     on behalf of Creditor Annette C. Walton shawn_lau@msn.com g61705@notify.cincompass.com

United States Trustee
     USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 5

**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| IN RE ROY R. WALTON, JR., | DOCKET NO. 21-12433-pmm |
|---|---|
| Debtor. | CHAPTER 13 |

## ORDER

AND NOW this 14th day of April, 2022, upon consideration of the Stipulation Between Debtor and Claimant, Annette Walton, in resolution of the Objections filed by the Debtor to Claimant's Claims No. 4 and 5, it is hereby ORDERED that the Stipulation is APPROVED.

BY THE COURT:

Date: **April 14, 2022**

_____
Hon. Patricia M. Mayer, J.