## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **IN RE:**<br><br>**ROY R. WALTON, JR.**<br><br>Debtor | **BANKRUPTCY NO. 21-12433-PMM**<br><br>**CHAPTER NO. 13** |

## **WITHDRAWAL OF CLAIM**

I, the undersigned, am the hereinbelow-referenced creditor, or an authorized signatory for the creditor, and hereby withdraw the claim referenced hereinbelow, and authorize the Clerk of this Court, or their duly appointed Claims Agent, to reflect this withdrawal on the official claims register for the referenced Debtor.

| | |
|---|---|
| Debtor Name and Case Number: | Roy R. Walton, Jr. Docket No. 21-12433-pmm |
| Creditor Name and Address: | Annette C. Walton<br>130 Spring Grove Court<br>Birdsboro, PA 19508 |
| Court Claim No.: | 5 |
| Date Claim Filed: | 11/01/2021 |
| Total Amount of Claim Filed: | $15,000.00 |

Dated: ___6/3/2022_____          ___/s/ Shawn J. Lau_____ _____
                                  Shawn J. Lau, Esq.
                                  Counsel for Creditor