Office Mailing Address:  
Scott F. Waterman, Trustee  
2901 St. Lawrence Avenue, Suite 100  
Reading, PA  19606

Send Payments **ONLY** to:  
Scott F. Waterman, Trustee  
P.O. Box 680  
Memphis, TN  38101-0680

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 04/01/2021 to 08/05/2022  
**Chapter 13 Case No. 21-12433-PMM**

Roy R. Walton, Jr.  
3345 Montrose Avenue  
Reading  PA  19605

Petition Filed Date: 09/06/2021  
341 Hearing Date: 10/19/2021  
Confirmation Date:

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 10/07/2021 | $150.00 | 68140101160 | 02/01/2022 | $150.00 | 6814101494 | 02/01/2022 | $450.00 | 6814103010 |
| 03/08/2022 | $150.00 | 6814101599 | 04/07/2022 | $150.00 | 6814101702 | 06/01/2022 | $150.00 | 6814101820 |
| 06/29/2022 | $150.00 | 5170975352 | 07/12/2022 | $150.00 | 6814102015 | | | |

**Total Receipts for the Period: $1,500.00    Amount Refunded to Debtor Since Filing: $0.00    Total Receipts Since Filing: $1,500.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

| | CLAIMS AND DISTRIBUTIONS | | | | |
|---|---|---|---|---|---|
| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
| 1 | BANK OF AMERICA NA<br>»»  001 | Unsecured Creditors | $1,211.33 | $0.00 | $0.00 |
| 2 | BANK OF AMERICA NA<br>»»  002 | Unsecured Creditors | $833.84 | $0.00 | $0.00 |
| 3 | M&T BANK<br>»»  003 | Mortgage Arrears | $29,315.33 | $0.00 | $0.00 |
| 4 | ANNETTE C. WALTON<br>»»  004 | Priority Crediors | $2,086.36 | $0.00 | $0.00 |
| 5 | ANNETTE C. WALTON<br>»»  005 | Priority Crediors | $0.00 | $0.00 | $0.00 |
| 0 | MENDELSOHN & MENDELSOHN PC | Attorney Fees | $4,200.00 | $0.00 | $4,200.00 |
| 6 | M&T BANK<br>»»  03P | Mortgage Arrears | $3,938.88 | $0.00 | $0.00 |

**Chapter 13 Case No. 21-12433-PMM**

## SUMMARY

Summary of all receipts and disbursements from date filed through 8/5/2022:

| | | | |
|---|---|---|---|
| Total Receipts: | $1,500.00 | Current Monthly Payment: | $150.79 |
| Paid to Claims: | $0.00 | Arrearages: | $3.95 |
| Paid to Trustee: | $120.00 | Total Plan Base: | $9,043.45 |
| Funds on Hand: | $1,380.00 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/ for more information.**

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.