UNITED STATES BANKRUPTCY COURT EASTERN DISTRICT OF PENNSYLVANIA

IN RE:

Roy C. Walton                                    Bankruptcy No. 21-12433-pmm

Debtor                                           Chapter 13

### Addendum to Stipulation by Annette C. Walton and Between Debtor, Roy Walton, Resolving Objection to Claims 4 and 5 Filed on April 13, 2022

Roy Walton Jr., Debtor, and Annette C. Walton, Claimant, by and through their respective Counsel, hereby stipulate and agree to an addendum to the Stipulation filed with this Honorable Court on April 13, 2022, and state as follows:

Section Number 6b shall be amended to state as follows:

Claimant agrees, upon execution of the QDRO and acceptance of same by Greater Pennsylvania Carpenters' Union Fund, to accept payment of the Priority Claim #4, filed by Claimant on or around November 1, 2021, outside of the Bankruptcy.

Said QDRO has now been accepted.

Additionally, Debtor agrees to amend his Chapter 13 Plan indicating that the Priority claim #4 shall be paid outside of the Plan, consistent with this Addendum.

All other aspects of the Stipulation of record and language thereof shall remain the same.

Respectfully Submitted,

/s/ Brenna H. Mendelsohn, Esq.

Dated: 8/31/22

Attorney for Debtor

/s/ Shawn Lau

Dated: 8/31/22

Attorney for Claimant

Rolando Romas, Esq.

Dated: 8/31/22

Counsel for the Chapter 13 Trustee

UNITED STATES BANKRUPTCY COURT EASTERN DISTRICT OF PENNSYLVANIA

IN RE:

Roy C. Walton                                            Bankruptcy No. 21-12433-pmm

Debtor                                                        Chapter 13

ORDER

AND NOW, upon consideration of the Addendum to the Stipulation Between Debtor, Roy C. Walton (Debtor) and Claimant, Annette Walton, it is hereby ORDERED that the Addendum to the Stipulation is APPROVED.

BY THE COURT:

_____

Patricia M. Mayer

United States Bankruptcy Judge