UNITED STATES BANKRUPTCY COURT EASTERN DISTRICT OF PENNSYLVANIA

IN RE:

Roy C. Walton                                                              Bankruptcy No. 21-12433-pmm

Debtor                                                                          Chapter 13

ORDER

AND NOW, upon consideration of the Addendum to the Stipulation Between Debtor, Roy C. Walton (Debtor) and Claimant, Annette Walton, it is hereby ORDERED that the Addendum to the Stipulation is APPROVED.

BY THE COURT:

*Patricia M. Mayer*
_____

**Date: September 1, 2022**

Patricia M. Mayer

United States Bankruptcy Judge