## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: Roy R. Walton Jr. | | CHAPTER 13 |
| Debtor(s) | | |
| Lakeview Loan Servicing, LLC | Movant | |
| vs. | | NO. 21-12433 PMM |
| Roy R. Walton Jr. | Debtor(s) | |
| Annette C. Walton | Co-Debtor | |
| Scott F. Waterman | Trustee | 11 U.S.C. Sections 362 and 1301 |

### ORDER

AND NOW, upon consideration of Movant's Motion to Approve Loan Modification, it is ORDERED AND DECREED that:

The Motion is granted and the Loan Modification Agreement executed on October 18, 2022 does not violate the automatic stay, section 362(a), nor the provisions of 11 USC § 549.

*Patricia M. Mayer*

**Date: November 30, 2022**

United States Bankruptcy Judge.