Office Mailing Address:                                                                                   Send Payments **ONLY** to:
Scott F. Waterman, Trustee                                                                                 Scott F. Waterman, Trustee
2901 St. Lawrence Avenue, Suite 100                                                                                P.O. Box 680
Reading, PA  19606                                                                                       Memphis, TN  38101-0680

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 08/01/2022 to 08/01/2023
**Chapter 13 Case No. 21-12433-PMM**

Roy R. Walton, Jr.                                                      Petition Filed Date: 09/06/2021
3345 Montrose Avenue                                                   341 Hearing Date: 10/19/2021
Reading  PA    19605                                                  Confirmation Date: 09/01/2022

Case Status: Open / Unconfirmed
### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|------|--------|-----------|------|--------|-----------|------|--------|-----------|
| 08/15/2022 | $150.00 | 6814102101 | 09/07/2022 | $150.00 | 6814102178 | 10/31/2022 | $150.00 | 6814102283 |
| 11/14/2022 | $150.00 | | 01/05/2023 | $150.00 | 6814102453 | 01/12/2023 | $150.00 | |
| 02/14/2023 | $150.00 | | 03/13/2023 | $150.00 | | 04/12/2023 | $150.00 | |
| 05/12/2023 | $150.00 | | 06/12/2023 | $150.00 | | 07/12/2023 | $150.00 | |

**Total Receipts for the Period:  $1,800.00   Amount Refunded to Debtor Since Filing:  $0.00   Total Receipts Since Filing: $3,300.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---------|---------------|-------|--------------|-------------|-------------|
| | **CLAIMS AND DISTRIBUTIONS** | | | | |
| 1 | BANK OF AMERICA NA<br>»» 001 | Unsecured Creditors | $1,211.33 | $0.00 | $1,211.33 |
| 2 | BANK OF AMERICA NA<br>»» 002 | Unsecured Creditors | $833.84 | $0.00 | $833.84 |
| 3 | M&T BANK<br>»» 003 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 4 | ANNETTE C. WALTON<br>»» 004 | Priority Crediors | $0.00 | $0.00 | $0.00 |
| 5 | ANNETTE C. WALTON<br>»» 005 | Priority Crediors | $0.00 | $0.00 | $0.00 |
| 0 | MENDELSOHN & MENDELSOHN PC | Attorney Fees | $4,200.00 | $3,030.00 | $1,170.00 |
| 6 | M&T BANK<br>»» 03P | Secured Creditors | $0.00 | $0.00 | $0.00 |

**Chapter 13 Case No. 21-12433-PMM**

| SUMMARY |
|---|

Summary of all receipts and disbursements from date filed through 8/1/2023:

| | | | |
|---|---|---|---|
| Total Receipts: | $3,300.00 | Current Monthly Payment: | $150.00 |
| Paid to Claims: | $3,030.00 | Arrearages: | $150.00 |
| Paid to Trustee: | $270.00 | Total Plan Base: | $5,700.00 |
| Funds on Hand: | $0.00 | | |

**NOTES:**

• **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/
  for more  information.**

• Your case information is available to view online at the National Data Center. Please visit www.ndc.org.