UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:  Roy R. Walton, Jr.,           :        Chapter 13
          Debtor                    :
                                      :        Bankruptcy No. 21-12433-PMM

**ORDER**

AND NOW, upon consideration of Debtor's Praecipe ~~to Withdraw~~ **to voluntarily dismiss this** Chapter 13 Bankruptcy ~~Petition~~ **case**, it is hereby **ORDERED** ~~and DECREED~~, that the Bankruptcy ~~Petition~~ **case** filed with the Court on September 6, 2024 is hereby ~~withdrawn~~ **DISMISSED** without prejudice.

BY THE COURT:

_____
Patricia M. Mayer
United States Bankruptcy Judge

Date: January 29, 2024