United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Roy R. Walton, Jr.  
    Debtor

Case No. 21-12433-pmm  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-4     User: admin    Page 1 of 2  
Date Rcvd: Jan 29, 2024    Form ID: pdf900    Total Noticed: 13

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 31, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | #+ | Roy R. Walton, Jr., 3345 Montrose Avenue, Reading, PA 19605-2213 |
| cr | + | Annette C. Walton, 130 Spring Grove Court, Birdsboro, PA 19508, U.S.A. 19508-8417 |
| 14647417 | + | Annette C. Walton, 130 Spring Grove Ct, Birdsboro, PA 19508-8417 |
| 14634237 | + | Annette Walton, c/o Matthew Setley, 4 Park Plaza, 2nd Floor, Reading, PA 19610-1398 |
| 14637049 | + | Lakeview Loan Servicing, c/o Rebecca Solarz, Esq., KML Law Group, PC, 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 14669524 | + | Mendelsohn and Mendelsohn, P.C., 637 Walnut Street, Reading, PA 19601-3524 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | + | Email/Text: taxclaim@countyofberks.com | Jan 29 2024 23:54:00 | Tax Claim Bureau, 633 Court Street, Second Floor, Reading, PA 19601-4300 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Jan 29 2024 23:54:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| 14634238 | + | Email/Text: creditcardbkcorrespondence@bofa.com | Jan 29 2024 23:54:00 | Bank of America, Po Box 982238, El Paso, TX 79998-2238 |
| 14637982 | + | Email/Text: mortgagebkcorrespondence@bofa.com | Jan 29 2024 23:54:00 | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 14634239 | + | Email/Text: camanagement@mtb.com | Jan 29 2024 23:54:00 | Lakeview Loan Servicing LLC, c/o M&T Bank, PO BOX 1288, Buffalo, NY 14240-1288 |
| 14636923 | ^ | MEBN | Jan 29 2024 23:51:15 | Lakeview Loan Servicing, LLC, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14641639 | ^ | MEBN | Jan 29 2024 23:51:10 | Lakeview Loan Servicing, LLC, c/o M&T Bank, P.O. Box 840, Buffalo, NY 14240-0840 |

TOTAL: 7

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities**

District/off: 0313-4   User: admin   Page 2 of 2
Date Rcvd: Jan 29, 2024   Form ID: pdf900   Total Noticed: 13

in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 31, 2024         Signature:         /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 29, 2024 at the address(es) listed below:**

**Name**           **Email Address**

BRENNA HOPE MENDELSOHN
                   on behalf of Debtor Roy R. Walton Jr. tobykmendelsohn@comcast.net

DENISE ELIZABETH CARLON
                   on behalf of Creditor Lakeview Loan Servicing LLC bkgroup@kmllawgroup.com

MARK A. CRONIN
                   on behalf of Creditor Lakeview Loan Servicing LLC bkgroup@kmllawgroup.com

MICHAEL PATRICK FARRINGTON
                   on behalf of Creditor Lakeview Loan Servicing LLC mfarrington@kmllawgroup.com

SCOTT F. WATERMAN [Chapter 13]
                   ECFMail@ReadingCh13.com

SHAWN J. LAU
                   on behalf of Creditor Annette C. Walton shawn_lau@msn.com
                   g61705@notify.cincompass.com;lau.shawnb128866@notify.bestcase.com

United States Trustee
                   USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 7

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:  Roy R. Walton, Jr.,           :    Chapter 13
               Debtor                 :
                                      :    Bankruptcy No. 21-12433-PMM

**ORDER**

AND NOW, upon consideration of Debtor's Praecipe ~~to Withdraw~~ to voluntarily dismiss this Chapter 13 Bankruptcy ~~Petition~~ case, it is hereby **ORDERED ~~and DECREED~~**, that the Bankruptcy ~~Petition~~ case filed with the Court on September 6, 2024 is hereby ~~withdrawn~~ DISMISSED without prejudice.

BY THE COURT:

*Patricia M. Mayer*
_____
Patricia M. Mayer
United States Bankruptcy Judge

**Date: January 29, 2024**