# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **IN RE: Roy R. Walton Jr.**<br>　　　　　　　　　　**Debtor(s)**<br><br>**Lakeview Loan Servicing, LLC**<br>　　　　　　　　　　**Movant**<br>　　vs.<br><br>**Roy R. Walton Jr.**<br>　　　　　　　　　　**Debtor(s)**<br><br>**Scott F. Waterman**,<br>　　　　　　　　　　**Trustee** | **BK NO. 21-12433 PMM**<br><br>**Chapter 13**<br><br>**Related to Claim No. 3-1** |

## CERTIFICATE OF SERVICE
## NOTICE OF MORTGAGE PAYMENT CHANGE

I, Michael P. Farrington of KML Law Group, P.C., certify that I am, and at all times hereinafter mentioned was, more than 18 years of age and that on December 9, 2022, I served the above captioned pleading, filed in the proceeding on the parties at the addresses shown below;

Debtor(s)
Roy R. Walton Jr.
3345 Montrose Avenue
Reading, PA 19605

Attorney for Debtor(s)
Brenna Hope Mendelsohn, Esq.
Mendelsohn & Mendelsohn, PC
637 Walnut Street
Reading, PA 19601

Trustee
Scott F. Waterman
2901 St. Lawrence Ave.
Suite 100
Reading, PA 19606

Method of Service:  electronic means or first class mail

Dated: December 9, 2022

　　　　　　　　　　　　　　　　　　　　**/s/Michael P. Farrington Esq.**
　　　　　　　　　　　　　　　　　　　　Michael P. Farrington Esq.
　　　　　　　　　　　　　　　　　　　　Attorney I.D. 329636
　　　　　　　　　　　　　　　　　　　　KML Law Group, P.C.
　　　　　　　　　　　　　　　　　　　　BNY Mellon Independence Center
　　　　　　　　　　　　　　　　　　　　701 Market Street, Suite 5000
　　　　　　　　　　　　　　　　　　　　Philadelphia, PA 19106
　　　　　　　　　　　　　　　　　　　　(215) 825-6488
　　　　　　　　　　　　　　　　　　　　mfarrington@kmllawgroup.com